IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HERBERT R. ARCHER and<br>LINDA ARCHER,<br>       Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY<br>and BESSIE CARAWAY,<br>       Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-05-0786 |

## REMAND ORDER

In accordance with the Memorandum and Order issued this day, it is hereby

**ORDERED** that Plaintiffs' Motion to Remand [Doc. # 6] is **GRANTED** and this case is **REMANDED** to the Harris County Court at Law Number Three.

SIGNED at Houston, Texas, this **16th** day of **May, 2005**.

_____
Nancy F. Atlas
United States District Judge